# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | Case No. 1:12-CV-00741-AWI-BAM |
| Plaintiff, | |
| v. | **ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| SKYWALK FRESNO, LLC, dba SKYWALK, RONALD O. MILLER, SHARON K. MILLER | |
| Defendants. | |

Based on the Stipulation of the parties (Doc. 7), and for good cause shown, the Court GRANTS the parties' request for an extension of time for Defendants to file their Answer to Plaintiff's Complaint. Defendants shall have up to and including July 2, 2012 to file their Answer to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated:   **May 31, 2012**          /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE

1:12-CV-00741-AWI-BAM          ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA  93704.2225
559.244.7500

1:12-CV-00741-AWI-BAM    2.    STIPULATION & ORDER TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 144(a))