UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiff,<br><br>v.<br><br>SKYWALK FRESNO, LLC, dba SKYWALK, RONALD O. MILLER, SHARON K. MILLER<br><br>    Defendants. | Case No.  1:12-CV-00741-AWI-BAM<br><br>**ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Based on the Stipulation of the parties (Doc. 7), and for good cause shown, the Court GRANTS the parties' request for an extension of time for Defendants to file their Answer to Plaintiff's Complaint. Defendants shall have up to and including July 2, 2012 to file their Answer to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated:   **May 31, 2012**            /s/ *Barbara A. McAuliffe*
                                                             UNITED STATES MAGISTRATE JUDGE

1:12-CV-00741-AWI-BAM                    ORDER EXTENDING TIME TO RESPOND TO
                                                             PLAINTIFF'S COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1:12-CV-00741-AWI-BAM           2.    STIPULATION & ORDER TO EXTEND TIME TO
                                      RESPOND TO INITIAL COMPLAINT (L.R. 144(a))