1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California 95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   Email: tanya@moorelawfirm.com
5
   Attorneys for Plaintiff
6  Ronald Moore

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11  RONALD MOORE,                               ) No. 1:12-cv-00741-AWI-BAM
12              Plaintiff,                     )
                                               ) **STIPULATION TO FURTHER**
13       vs.                                   ) **CONTINUE DATE FOR DEFENDANT**
                                               ) **SKYWALK FRESNO, LLC. TO**
14  SKYWALK FRESNO, LLC, et al.,                ) **RESPOND TO COMPLAINT AND TO**
                                               ) **CONTINUE SCHEDULING**
15              Defendants.                    ) **CONFERENCE; ORDER**
16                                             )
                                               )
17                                             )
                                               )
18

19       **WHEREAS**, Plaintiff Ronald Moore ("Plaintiff") and Defendant Skywalk Fresno, LLC.
20  ("Defendant," and together with Plaintiff, the "Parties") are actively engaged in settlement
21  negotiations and are optimistic that a settlement will be reached;
22       **WHEREAS**, Plaintiff has filed a Notice of Voluntary Dismissal of defendants Ronald
23  O. Miller and Sharon K. Miller;
24       **WHEREAS**, the Parties previously stipulated to an extension of time for Defendant to
25  respond to the complaint to July 2, 2012;
26       **WHEREAS**, the Mandatory Scheduling Conference is currently set for July 12, 2012
27  which will not provide the parties enough time to explore and/or complete a resolution through
28  settlement;

Stipulation to Continue Date for Responsive Pleading and Continue Scheduling Conference; [Proposed] Order

Page 1

1  **WHEREAS**, Plaintiff's counsel will be unavailable from June 29, 2012 through August 3, 2012;

**WHEREAS**, Plaintiff and Defendants desire to conserve the resources of this Court and avoid incurring additional attorney fees and costs;

**IT IS HEREBY STIPULATED** between Plaintiff and Defendant, by and through their respective counsel, that Defendant be given to and including August 10, 2012 within which to respond to Plaintiff's complaint;

**IT IS FURTHER STIPULATED** that the Mandatory Scheduling Conference in this matter be continued to a date after August 17, 2012 at the Court's convenience in order to allow the parties time to explore and finalize settlement and to accommodate Plaintiff's counsel's unavailability.

Dated: June 13, 2012                                    MOORE LAW FIRM, P.C.

                                                        */s/ Tanya E. Moore*
                                                        Tanya E. Moore
                                                        Attorneys for Plaintiff Ronald Moore

                                                        LITTLER MENDELSON
                                                        A Professional Corporation


                                                        */s/ Ryan L. Eddings*
                                                        Ryan L. Eddings
                                                        Attorneys for Defendant
                                                        Skywalk Fresno LLC


## ORDER

The parties having so stipulated,

**IT IS HEREBY ORDERED** that Defendant Skywalk Fresno LLC shall have to and including August 10, 2012 within which to respond to Plaintiff's Complaint.

**IT IS FURTHER ORDERED** that the Mandatory Scheduling Conference currently set for July 12, 2012 be continued to September 4, 2012, at 8:30 AM, in Courtroom 8 before the

1  Honorable Barbara A. McAuliffe.  A joint scheduling report shall be filed no more than seven
2  (7) days prior to the scheduling conference.
3
4  **IT IS SO ORDERED**.
5
6  Dated:   June 13, 2012                             /s/ Barbara A. McAuliffe
7                                              UNITED STATES MAGISTRATE JUDGE