1  K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
332 North Second Street
3  San Jose, California  95112
Telephone (408) 298-2000
4  Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com
5
Attorneys for Plaintiff
6  Ronald Moore

7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10

11
RONALD MOORE,                                ) No.  1:12-cv-00741-AWI-BAM
12                                                              )
       Plaintiff,                                  ) **STIPULATION TO FURTHER**
13                                                              ) **CONTINUE DATE FOR DEFENDANT**
   vs.                                                    ) **SKYWALK FRESNO, LLC. TO**
14                                                              ) **RESPOND TO COMPLAINT AND TO**
SKYWALK FRESNO, LLC, et al.,        ) **CONTINUE SCHEDULING**
15                                                              ) **CONFERENCE; ORDER**
       Defendants.                            )
16                                                              )
                                                                    )
17                                                              )
_____)
18

19        **WHEREAS**, Plaintiff Ronald Moore ("Plaintiff") and Defendant Skywalk Fresno, LLC.

20 ("Defendant," and together with Plaintiff, the "Parties") are actively engaged in settlement

21 negotiations and are optimistic that a settlement will be reached;

22        **WHEREAS**, Plaintiff has filed a Notice of Voluntary Dismissal of defendants Ronald

23 O. Miller and Sharon K. Miller;

24        **WHEREAS**, the Parties previously stipulated to an extension of time for Defendant to

25 respond to the complaint to July 2, 2012;

26        **WHEREAS**, the Mandatory Scheduling Conference is currently set for July 12, 2012

27 which will not provide the parties enough time to explore and/or complete a resolution through

28 settlement;

**WHEREAS**, Plaintiff's counsel will be unavailable from June 29, 2012 through August 3, 2012;

**WHEREAS**, Plaintiff and Defendants desire to conserve the resources of this Court and avoid incurring additional attorney fees and costs;

**IT IS HEREBY STIPULATED** between Plaintiff and Defendant, by and through their respective counsel, that Defendant be given to and including August 10, 2012 within which to respond to Plaintiff's complaint;

**IT IS FURTHER STIPULATED** that the Mandatory Scheduling Conference in this matter be continued to a date after August 17, 2012 at the Court's convenience in order to allow the parties time to explore and finalize settlement and to accommodate Plaintiff's counsel's unavailability.

Dated: June 13, 2012                                MOORE LAW FIRM, P.C.

_/s/ Tanya E. Moore_
Tanya E. Moore
Attorneys for Plaintiff Ronald Moore

LITTLER MENDELSON
A Professional Corporation

_/s/ Ryan L. Eddings_
Ryan L. Eddings
Attorneys for Defendant
Skywalk Fresno LLC

**ORDER**

The parties having so stipulated,

**IT IS HEREBY ORDERED** that Defendant Skywalk Fresno LLC shall have to and including August 10, 2012 within which to respond to Plaintiff's Complaint.

**IT IS FURTHER ORDERED** that the Mandatory Scheduling Conference currently set for July 12, 2012 be continued to September 4, 2012, at 8:30 AM, in Courtroom 8 before the

1  Honorable Barbara A. McAuliffe.  A joint scheduling report shall be filed no more than seven
2  (7) days prior to the scheduling conference.

4  **IT IS SO ORDERED**.

6  Dated:   June 13, 2012                              /s/ Barbara A. McAuliffe
7                                                     UNITED STATES MAGISTRATE JUDGE