1  Tanya E. Moore, SBN 206683
   K. Randolph Moore, SBN 106933
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046

5  Attorneys for Plaintiff
   Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No. 1:12-cv-00741-AWI-BAM |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS RONALD O. MILLER AND SHARON K. MILLER <u>ONLY</u>; ORDER** |
| vs. | |
| SKYWALK FRESNO, LLC, et al., | |
| Defendants. | |

   WHEREAS, Defendants Ronald O. Miller and Sharon K. Miller ("Defendants") have filed no answer or motion for summary judgment;

   WHEREAS, Plaintiff and Defendants have settled the matter as between themselves;

   WHEREAS, no counterclaim has been filed;

   Plaintiff hereby respectfully requests that <u>ONLY</u> Defendants Ronald O. Miller and Sharon K. Miller be dismissed with prejudice from this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: June 13, 2012                MOORE LAW FIRM, P.C.


                                   /s/Tanya E. Moore
                                   Tanya E. Moore
                                   Attorneys for Plaintiff Ronald Moore

*Moore v. Skywalk Fresno, LLC, et al.*
Notice of Voluntary Dismissal;  Order

Page 1

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that <u>ONLY</u> Defendants Ronald O. Miller and Sharon K. Miller be dismissed with prejudice from this action.

IT IS SO ORDERED.

Dated:   June 13, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE