K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>  Plaintiff,<br><br>  vs.<br><br>SKYWALK FRESNO, LLC, et al.,<br><br>  Defendants. | No.  1:12-cv-00741-BAM<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION** |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore ("Plaintiff") and Defendant Skywalk Fresno, LLC ("Defendant"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: March 1, 2013                                         MOORE LAW FIRM, P.C.


                                                            /s/Tanya E. Moore
                                                            Tanya E. Moore
                                                            Attorney for Plaintiff Ronald Moore

///

Page 1

Date: February 28, 2013                               LITTLER MENDELSON, PC

                                                /s/ Ryan L. Eddings
                                                Ryan L. Eddings
                                                Attorneys for Defendant Skywalk Fresno, LLC

## **ORDER**

Pursuant to the stipulation of dismissal filed on March 1, 2013 by Plaintiff Ronald Moore, this action is DISMISSED with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Clerk of the Court is directed to close this case.


IT IS SO ORDERED.

   Dated:   **March 1, 2013**                              /s/ *Barbara A. McAuliffe*
                                                                          UNITED STATES MAGISTRATE JUDGE